

JS - 6/ENTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MARVIN GUERRA,<br><br>        Petitioner,<br><br>        v.<br><br>R. DIAZ, WARDEN,<br><br>        Respondent. | Case No. CV 12-7508-PSG (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: September 5, 2012

_____
Marc L. Goldman
United States Magistrate Judge

1