FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS - 6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARVIN GUERRA,<br><br>            Petitioner,<br><br>                 v.<br><br>R. DIAZ, WARDEN,<br><br>            Respondent. | Case No. CV 12-7508-PSG (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: September 5, 2012

_____
Marc L. Goldman
United States Magistrate Judge

1